**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| 1Point Solutions, LLC, | ) | Bankruptcy Case No. 06-05400-KL3-11 |
| 101 South Main Street | ) | Judge Keith M. Lundin |
| Dickson, TN 37055 | ) | Involuntary Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| John C. McLemore, Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. _____ |
| | ) | |
| Barry Stokes, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## COMPLAINT FOR SUBSTANTIVE CONSOLIDATION

### PARTIES

1.      John C. McLemore is the duly appointed and acting Trustee for 1Point Solutions, LLC, which was placed in involuntary bankruptcy September 26, 2006.  Mr. McLemore was appointed by order entered September 28, 2006.  He brings this action solely in his official capacity.

2.      Barry R. Stokes ("Mr. Stokes") was at all relevant times the owner and principal in control of the Debtor.  He resides at 744 Blakemore Road, Dickson, Dickson County, Tennessee 37055.  He maintains a second residence at 11221 Readville Lane, Austin, Travis County, Texas 78739.

3.     This Court has jurisdiction pursuant to 28 U.S.C. § 1334.  Venue is found in 28 U.S.C. § 1409.  This is an action arising in and related to a case under 28 U.S.C. § 157(a).  It is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) (matters concerning administration of the estate) and § 157 (b)(2)(O) (other proceeding affecting the liquidation of the assets of the estate).  The Bankruptcy Court has the jurisdiction to order a substantive consolidation pursuant to its equitable powers.  11 U.S.C. § 105(a).

FACTS

4.     The Debtor is a third party administrator providing services for retirement and 401(k) plans, Flexible Spending Accounts, Health Savings Accounts, Health Reimbursement Arrangements, and Cobra administration.  Its clients are employers whose employees participate in one or more of the services offered by the Debtor.

5.     Many of the clients of the Debtor sent money to the Debtor for specific health care coverage for those clients' employees, or specific retirement plans, or 401(k) deposits for the clients' employees.

6.     On information and belief, there were approximately seven hundred employee clients of the Debtor with over 40,000 employees.

7.     Mr. Stokes was the principal in control and owner of the Debtor.

8.     Mr. Stokes was a signatory on all accounts set up in the name of the Debtor.

9.     Under the direction and control of Mr. Stokes:

a.     Various clients' 401(k) funds were commingled in a 1Point 401(k) account at Fifth Third Bank.

b.       Funds in that account were transferred to different third party accounts for different purposes, some for the business of the Debtor, some personal to or for the benefit of Mr. Stokes.  As a snapshot of the activity, two pages of the 1Point 401(k) account at Fifth Third Bank for 5/19/2006 – 6/19/2006 are attached as Exhibit 1.  These pages show the following transfers from the 401(k) account.

       (1)       $3,000.00 to 1Point Solutions.

       (2)       $344,209.61 to Evan Sarzin, P.C.  On information and belief, this funded settlement of a lawsuit brought by another client.

       (3)       $90,000.00 to 1Point Solutions general account.

       (4)       $9,300.00 to Gallery Sobi, an art gallery in Tokyo, Japan, that sells Japanese art.  Mr. Stokes has an extensive collection of Japanese art, much of which was purchased while Mr. Stokes owned the Debtor.  On information and belief, the collection has been insured for $2.5 million.

       (5)       $30,000.00 to the personal account of Mr. Stokes.

       (6)       $100,000.00 to the Donald Rojas Trust.  On information and belief, Donald Rojas is the father-in-law of Mr. Stokes.

       (7)       $355.72 to the Donald Rojas Trust.

       (8)       $33,391.65 to Hutchinson & Forsha.  On information and belief, this was payment to a vendor or consultant of the Debtor.

c.       Mr. Stokes directed the wire transfers by e-mail.  See Exhibit 1(a) – 1(c) as follows:

       1(a)     $344,709.61 to Evan Sarzin, P.C.
       1(b)     $   9,300.00 for Gallery Sobi.
                  $ 30,000.00 to the personal account of Mr. Stokes.
       1(c)     $100,000.00 to the Donald Rojas Trust.

3

d.      As shown above, commingled assets that belong to clients, transfers for business

functions of the Debtor, and transfers to or for the personal benefit of Mr. Stokes are all

mixed together.  This commingling and misappropriation of clients' funds for the use of

the Debtor's business and for the personal use of Mr. Stokes was the normal course of the

Debtor's business as directed and controlled by Mr. Stokes.

10.      Under the direction and control of Mr. Stokes, the Debtor kept an accounting of funds

deposited into its 1Point general account at AmSouth from clients' funds for specific health care

coverage, retirement or 401(k) accounts.  The transactions were made under the direction and

control of Mr. Stokes.  A copy of the running account titled Custom Transaction Detail Report is

attached as Exhibit 2.  The total of the transferred funds is $5,621,828.53. Although that is

shown as the balance, no such sum is in the Debtor's account.  On information and belief, that

total does constitute misappropriated transferred funds.  Based on his investigation of the Debtor

to date, the Trustee asserts that transfers from the Debtor's general account were used to pay

business expenses, fund various clients' accounts, and make payments to or for the personal

benefit of Mr. Stokes.

11.      In a display of accounting legerdemain under the direction and control of Mr. Stokes, the

1Point General Balance Sheet as of September 21, 2006, shows the $5,621.828.53 as a liability

"Due to Stokes."  See Exhibit 3.

12.      On information and belief, the Trustee alleges that the Debtor used four tax i.d. numbers

for its accounts and the accounts of its clients.  All four tax i.d. numbers were in the name of Mr.

Stokes, not the Debtor and not the client.  Mr. Stokes was the person who could manipulate

accounts to suit his purposes, either for the business or himself.  There may be accounts that he

still can manipulate.

4

13.     Mr. Stokes owns real property and improvements at 101 South Main Street, Dickson, Tennessee, where the Debtor's primary place of business is located.  He also owns real property and improvements at 211 Sylvis Street, Dickson, Tennessee, where some of the Debtor's equipment, business records, and Japanese art collection of Mr. Stokes are stored.  Mr. Stokes owns a residence at 744 Blakemore Road, in Dickson.  He also owns the valuable Japanese art collection.  On information and belief, the Trustee alleges that misappropriated funds from the Debtor and/or its clients have been used by Mr. Stokes toward the assets in his name.

14.     Four clients of the Debtor have filed suit against the Debtor and Mr. Stokes in the United States District Court for the Middle District of Tennessee.  The Court has issued a TRO against Mr. Stokes in two of the lawsuits freezing his assets.  A motion for contempt has been filed against Mr. Stokes for issuing, signing and negotiating three checks payable to himself off the Debtor's general account after he received notice of the TRO.  This occurred during the days after entry of the TRO and before the filing of the involuntary bankruptcy.   From September 6, 2006, to September 15, 2006, Mr. Stokes issued, signed and negotiated six (6) checks payable to himself on the Debtor's general account in the following amounts:   $9,827.56, $9,882.65, $9,789.75, $9,865.25; $9,795.35, and $9,845.35.

15.     The wife of Mr. Stokes recently informed a former employee of the Debtor, now working for the Trustee, that Mr. Stokes intended to sell some of the Japanese art, regardless of the TRO. The Trustee received a call from a collector whom Mr. Stokes had contacted about a sale.


#### CAUSE OF ACTION

16.     Given the indistinguishable interrelationship between the Debtor and Mr. Stokes, consolidation can best protect the possible realization of any recovery for the majority of the

unsecured creditors.  See,  In re Baker, 974 F.2d 712,720 (6th Cir.1992), citing,  In the matter of Evans Temple Church, 55 B.R. 976 (Bankr. N.D. Ohio 1986).

17.     Substantive consolidation is warranted where, as shown above, there exist:

    1.     A complex web of transactions between the entity and the individual.

    2.     The financial wherewithal and financial affairs of the entity and the individual are so entangled that they constitute a single enterprise.

    3.     The benefit of substantive consolidation for outweighs any detriment.

See,  In Re Creditors Service Corporation, 195 B.R. 680, 690-691 (Bankr. S.D. Ohio 1996).

18.     The broad equitable power detailed in 11 U.S.C. § 105(a) has been recognized as the basis for the bankruptcy court to substantively consolidate entities and individuals.  Id., 195 B.R. at 688-689.  This includes consolidation of debtors and nondebtors.  Id., 195 B.R. at 689 Fn 4.

19.     Time is of the essence.  Mr. Stokes disregarded the TRO and took company funds in the interval before the bankruptcy was filed.  Mr. Stokes has valuable artwork that is portable, but the Trustee is best positioned to secure it if he can act quickly.  The Trustee has located a catalogue of the artwork; it can be ascertained and identified.

## RELIEF

20.     The Trustee respectfully requests that the Court enter an order granting substantive consolidation including findings that:

    (1)     The financial wherewithal and financial affairs of the entity and the individual are so entangled that they constitute a single enterprise.

Case 3:06-bk-05400   Doc 60   Filed 10/10/06   Entered 10/10/06 16:23:15   Desc Main
Document     Page 6 of 19

(2) Because of the indistinguishable interrelationship between the Debtor and Mr. Stokes, substantive consolidation can best protect the possible realization of any recovery for the majority of the unsecured creditors.

(3) The benefit of substantive consolidation far outweighs any detriment.

(4) 11 U.S.C. § 105 grants broad equitable power to the Court, and is recognized as a basis for the Court to substantively consolidate the Debtor and Mr. Stokes in this bankruptcy.

21. The Trustee requests such other relief as justice requires.


This 10th day of October, 2006

GARFINKLE, McLEMORE & WALKER, PLLC
By: /s/ Robert M. Garfinkle
     Robert M. Garfinkle, Tn. Bar No. 5354
     2000 Richard Jones Rd., Suite 250
     Nashville, TN 37215-8249
     Phone: (615) 383-9495
     Fax: (615) 292-9848
     bgarfinkle@gmwpllc.com

Attorney for Trustee

Close this browser window when finished viewing the report.



## Prior Day Account Statement
### Fifth Third Bank N.A (Tennessee)
### 1POINT 401K
### Account# 07360706407 (USD)
### Date From: 05/19/2006    Date To: 06/19/2006

| | |
|---|---|
| Opening Available as of 06/19/2006: | 9,125.10 |
| Total Debits: | 635,256.98 |
| Total Credits: | 641,274.25 |
| Closing Ledger as of 06/19/2006: | 9,125.10 |
| Closing Available as of 06/19/2006: | 9,125.10 |

## Checking Activity

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| | | Not Reported | | | |

## Other Debits

| | Date | Amount | Description | Customer Ref | Bank Ref |
|---|---|---|---|---|---|
| (1) | 05/30/2006 | 3,000.00 | ACH Debit Received | | |

1POINT SOLUT BOOK TRANSFERS B BOOK TRNFR 7360470327 1
POINT 401K TRANSFER TO: 7360706399 B-T TRACE#: 000P

| | | | | | |
|---|---|---|---|---|---|
| (2) | 06/05/2006 | 344,209.61 | Outgoing Money Transfer | | |

OUTGOING WIRE TRANS 060506
TRN 060605-004694 0605D2B74A1C002180
TO: CITIBANK N.A. ABA/021000089
BNFACCT: 25304537
BNF: Evan Sarzin, P.C.
RFB: FTTN1560003

| | | | | | |
|---|---|---|---|---|---|
| (3) | 06/06/2006 | 90,000.00 | Outgoing Money Transfer | | |

OUTGOING WIRE TRANS 060606
TRN 060606-002060 0606D2B74A1C000822
TO: AMSOUTH BANK ABA/062000019
BNFACCT: 5325626094

# Exhibit 1

BNF: 1Point Solutions
RFB: FTTN1570003

④ 06/07/2006      9,300.00      Outgoing Money Transfer
OUTGOING WIRE TRANS 060706
TRN 060607-005289 0607D2B74A1C002215
TO: BANK OF NEW YORK ABA/021000018
BBKACCT: SMBCJPJTXXX
BNFACCT: futsu 3810292
BNF: Gallery Sobi
RFB: CML036
0153182

⑤ 06/07/2006      30,000.00      Outgoing Money Transfer
OUTGOING WIRE TRANS 060706
TRN 060607-002971 0607D2B74A1C001201
TO: AMSOUTH BANK ABA/062000019
BNFACCT: 5900004606
BNF: Barry Stokes
RFB: FTTN1580005

⑥ 06/07/2006      100,000.00      Outgoing Money Transfer
OUTGOING WIRE TRANS 060706
TRN 060607-003673 0607D2B74A1C001493
TO: CITIBANK N.A. ABA/021000089
BNFACCT: 30604518
BNF: Donald Rojas Trust
RFB: FTTN1580008

⑦ 06/08/2006      355.72      Outgoing Money Transfer
OUTGOING WIRE TRANS 060806
TRN 060608-003351 0608D2B74A1C001311
TO: CITIBANK N.A. ABA/021000089
BNFACCT: 30604518
BNF: Donald Rojas Trust
RFB: FTTN1590009

⑧ 06/09/2006      33,391.65      Outgoing Money Transfer
OUTGOING WIRE TRANS 060906
TRN 060609-001960 0609D2B74A1C000638
TO: AMSOUTH BANK ABA/062000019
BNFACCT: 52297209
BNF: Hutchison & Forsha
RFB: FTTN1600003

06/14/2006      25,000.00      Outgoing Money Transfer
OUTGOING WIRE TRANS 061406

**Exhibit 1**

**Barry Stokes**

| | | | |
|---|---|---|---|
| **From:** | Barry Stokes | **Sent:** | Mon 6/5/2006 10:56 AM |
| **To:** | Stephanie Pelham | | |
| **Cc:** | | | |
| **Subject:** | Wire | | |
| **Attachments:** | | | |

Please wire from the 53 401K account $344,209.61 to the below:


Evan Sarzin, P.C.

Attorney Trust IOLA Account

Citibank NA

120 Broadway

New York NY 10179

ABA: 021000089 Account No.: 25304537

# Exhibit 1(a)

## Angela Smith

| | |
|---|---|
| **From:** | Angela Smith |
| **Sent:** | Tuesday, May 30, 2006 1:25 PM |
| **To:** | Barry Stokes |
| **Cc:** | Roger Abramson |
| **Subject:** | RE: Jewish Fund |
| **Attachments:** | Jewish Fund for Justice Transfer.xls; Outstanding Loan Balance Report.pdf; Transfer Trade Information.xls |

Barry-

Attached is the information on Jewish Fund. The current plan holdings are $331,327.93. Please let me know if you need anything else or have any questions regarding these three documents.

Thank you,

Angela

---

**From:** Barry Stokes
**Sent:** Monday, May 29, 2006 3:36 PM
**To:** Angela Smith
**Cc:** Roger Abramson
**Subject:** Jewish Fund

Angela,

Please put together a spread sheet for the Jewish Fund.

SSN, Name, EE Cont, ER Cont, Rollover, Loans (etc all of the various fields)

and forward to me. Al will execute the trades on Tues.

We are not supposed to contact them but go through their attorney. I will handle it.

Thanks,

Barry

# Exhibit 1(a)

**Barry Stokes**

| | | | |
|---|---|---|---|
| **From:** | Barry Stokes | **Sent:** | Wed 6/7/2006 8:53 AM |
| **To:** | Stephanie Pelham | | |
| **Cc:** | | | |
| **Subject:** | Wires | | |
| **Attachments:** | | | |

Stephanie,

Please wire from the 53 401K:

$9,300 to

```
Sumitomo Mitsui Banking Corporation
Ginza Branch, Tokyo, Japan
Swift Code: SMBCJPJT
Account No: futsu 3810292
Account Name: Gallery Sobi
```

Then wire $30,000 from it to my personal account at AmSouth

Thanks,

Barry

**Exhibit 1(b)**

**Barry Stokes**

| | | | |
|---|---|---|---|
| **From:** | Barry Stokes | **Sent:** | Thu 6/8/2006 9:39 AM |
| **To:** | Stephanie Pelham | | |
| **Cc:** | Barrett, Kirk C [PVTC]; donrojas@austin.rr.com | | |
| **Subject:** | Wire From 5/3 | | |
| **Attachments:** | | | |

Stephanie,


Please wire $355.72 from 1Point General to:


Citibank
111 Wall St
New York, NY
ABA-021000089
Acct-30604518
Further Credit-397-05407-16-184  Donald Rojas Trust


Thank you,


Barry

**Exhibit 1(c)**

## Barry Stokes

| | |
|---|---|
| **From:** | Don Rojas [donrojas@austin.rr.com] |
| **To:** | Barry Stokes |
| **Cc:** | |
| **Subject:** | Re: Wire Transfer to Rojas Account |
| **Attachments:** | |

**Sent:** Thu 6/8/2006 9:11 AM

Barry:

Thanks for sending the money. You didn't have to do it so quickly. Were here if you need anything.
Regards...Don

> ----- Original Message -----
> **From:** Barry Stokes
> **To:** kirk.c.barrett@smithbarney.com
> **Cc:** donrojas@austin.rr.com
> **Sent:** Thursday, June 08, 2006 8:44 AM
> **Subject:** Wire Transfer to Rojas Account
>
> Kirk,
>
> I want to confirm that you have received the wire for Donald Rojas' account in the amount of $100,000.
> Please let me know the interest amount for the loan and I will send that in another wire.
>
> Thank you,
>
> Barry Stokes

# Exhibit 1(c)

11:42 AM
10/05/06
Accrual Basis

# 1Point General
## Custom Transaction Detail Report
### January 1, 2005 through September 21, 2006

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Jan 1, '05 - Sep 21, 06** | | | | | | | | | |
| General Journal | 1/1/2005 | BRI... | | BRING 2004 BALANCE IN | Due To Stokes | F/A - Equipment | | | -80,157.54 |
| General Journal | 1/1/2005 | BRI... | | BRING 2004 BALANCE IN | Due To Stokes | F/A - Equipment | 80,157.54 | | |
| Deposit | 1/3/2005 | | | | Due To Stokes | 1Point General AmSouth | | 1,180,000.00 | 1,099,842.46 |
| Deposit | 1/6/2005 | | | | Due To Stokes | 1Point General AmSouth | | 50,000.00 | 1,149,842.46 |
| Deposit | 1/13/2005 | | | | Due To Stokes | 1Point General AmSouth | | 25,000.00 | 1,174,842.46 |
| Deposit | 1/19/2005 | | | | Due To Stokes | 1Point General AmSouth | | 30,000.00 | 1,204,842.46 |
| Deposit | 1/25/2005 | | | | Due To Stokes | 1Point General AmSouth | | 50,000.00 | 1,254,842.46 |
| Deposit | 2/2/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 40,000.00 | 1,294,842.46 |
| Deposit | 2/14/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 50,000.00 | 1,344,842.46 |
| Deposit | 2/16/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 40,000.00 | 1,384,842.46 |
| Deposit | 2/25/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 35,000.00 | 1,419,842.46 |
| Deposit | 2/28/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 40,000.00 | 1,459,842.46 |
| Deposit | 3/3/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 25,000.00 | 1,484,842.46 |
| Deposit | 3/14/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 50,000.00 | 1,534,842.46 |
| Deposit | 3/14/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 25,000.00 | 1,559,842.46 |
| Deposit | 3/15/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 30,000.00 | 1,589,842.46 |
| Deposit | 3/23/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 25,000.00 | 1,614,842.46 |
| Deposit | 3/29/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 50,000.00 | 1,664,842.46 |
| Deposit | 4/1/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 50,000.00 | 1,714,842.46 |
| Deposit | 4/7/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 15,000.00 | 1,729,842.46 |
| Deposit | 4/13/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 30,000.00 | 1,759,842.46 |
| Deposit | 4/20/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 40,000.00 | 1,799,842.46 |
| Deposit | 4/28/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 25,000.00 | 1,824,842.46 |
| Deposit | 4/29/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 40,000.00 | 1,864,842.46 |
| Deposit | 5/6/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 50,000.00 | 1,914,842.46 |
| Deposit | 5/11/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 80,000.00 | 1,994,842.46 |
| Deposit | 5/23/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 30,000.00 | 2,024,842.46 |
| Deposit | 5/26/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 25,000.00 | 2,049,842.46 |
| Deposit | 6/7/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 100,000.00 | 2,149,842.46 |
| Deposit | 6/15/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 100,000.00 | 2,249,842.46 |
| Deposit | 6/20/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 50,000.00 | 2,299,842.46 |
| Deposit | 6/28/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 50,000.00 | 2,349,842.46 |
| Deposit | 7/8/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 50,000.00 | 2,399,842.46 |
| Deposit | 7/14/2005 | | deposit | | Due To Stokes | 1Point General AmSouth | | 25,000.00 | 2,424,842.46 |
| Deposit | 7/26/2005 | | deposit | | Due To Stokes | 1Point General AmSouth | | 50,000.00 | 2,474,842.46 |
| Deposit | 7/28/2005 | | deposit | | Due To Stokes | 1Point General AmSouth | | 40,000.00 | 2,514,842.46 |
| Deposit | 7/28/2005 | | deposit | | Due To Stokes | 1Point General AmSouth | | 50,000.00 | 2,564,842.46 |
| Deposit | 7/28/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 40,000.00 | 2,604,842.46 |
| Deposit | 8/5/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 40,000.00 | 2,644,842.46 |
| Deposit | 8/15/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 50,000.00 | 2,694,842.46 |
| Deposit | 8/17/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 50,000.00 | 2,744,842.46 |
| Deposit | 8/17/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 15,000.00 | 2,759,842.46 |
| Deposit | 8/25/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 20,000.00 | 2,779,842.46 |
| Deposit | 8/30/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 20,000.00 | 2,799,842.46 |
| Deposit | 9/2/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 50,000.00 | 2,849,842.46 |
| Deposit | 9/14/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 50,000.00 | 2,899,842.46 |
| Deposit | 9/16/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 40,000.00 | 2,939,842.46 |
| Deposit | 9/16/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 10,000.00 | 2,949,842.46 |
| Deposit | 9/27/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 20,000.00 | 2,969,842.46 |
| Deposit | 9/29/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 20,000.00 | 2,989,842.46 |
| Deposit | 9/29/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 25,000.00 | 3,014,842.46 |
| Deposit | 9/29/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 10,000.00 | 3,024,842.46 |
| Deposit | 10/4/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 20,000.00 | 3,054,842.46 |
| Deposit | 10/7/2005 | | Return Settle | | Due To Stokes | 1Point General AmSouth | | 100,000.00 | 3,154,842.46 |
| Deposit | 10/13/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 2,000.00 | 3,156,842.46 |
| Deposit | 10/14/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 50,000.00 | 3,206,842.46 |
| Deposit | 10/14/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 20,000.00 | 3,226,842.46 |
| Deposit | 10/18/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 20,000.00 | 3,246,842.46 |
| Deposit | 10/27/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 30,000.00 | 3,276,842.46 |
| Deposit | 10/27/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 5,000.00 | 3,281,842.46 |
| Deposit | 10/27/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 10,000.00 | 3,291,842.46 |
| Deposit | 10/27/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 10,000.00 | 3,301,842.46 |
| Deposit | 11/9/2005 | | Deposit | | Due To Stokes | 1Point General AmSouth | | 50,000.00 | 3,351,842.46 |
| | | | Deposit | | Due To Stokes | 1Point General AmSouth | | 30,000.00 | 3,381,842.46 |

Exhibit 2

Case 3:06-bk-05400    Doc 60    Filed 10/10
Document

# 1Point General
## Custom Transaction Detail Report
### January 1, 2005 through September 21, 2006

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Deposit | 11/14/2005 | | Bank Debit | Deposit | Due To Stokes | 1Point General AmSouth | | 25,000.00 | 3,406,842.46 |
| Deposit | 11/14/2005 | | Bank Debit | Deposit | Due To Stokes | 1Point General AmSouth | | 30,000.00 | 3,436,842.46 |
| Deposit | 11/17/2005 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 5,000.00 | 3,441,842.46 |
| Deposit | 11/22/2005 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 125,000.00 | 3,566,842.46 |
| Deposit | 11/29/2005 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 15,000.00 | 3,581,842.46 |
| Deposit | 11/29/2005 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 38,000.00 | 3,619,842.46 |
| Deposit | 11/30/2005 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 20,000.00 | 3,639,842.46 |
| Deposit | 12/1/2005 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 30,000.00 | 3,669,842.46 |
| Deposit | 12/7/2005 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 25,000.00 | 3,694,842.46 |
| Deposit | 12/12/2005 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 15,000.00 | 3,709,842.46 |
| Deposit | 12/14/2005 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 5,000.00 | 3,714,842.46 |
| Deposit | 12/14/2005 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 5,000.00 | 3,719,842.46 |
| Deposit | 12/14/2005 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 15,000.00 | 3,734,842.46 |
| Deposit | 12/14/2005 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 15,000.00 | 3,749,842.46 |
| Deposit | 12/21/2005 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 35,000.00 | 3,784,842.46 |
| Deposit | 12/29/2005 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 15,000.00 | 3,799,842.46 |
| Deposit | 12/29/2005 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 25,000.00 | 3,824,842.46 |
| General Journal | 12/31/2005 | recon | | Deposit | Due To Stokes | Owners Draw | | 50,000.00 | 3,874,842.46 |
| Deposit | 1/10/2006 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 80,157.54 | 3,955,000.00 |
| Deposit | 1/13/2006 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 100,000.00 | 4,055,000.00 |
| Deposit | 1/24/2006 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 5,000.00 | 4,060,000.00 |
| Deposit | 1/24/2006 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 45,000.00 | 4,105,000.00 |
| Deposit | 1/31/2006 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 15,000.00 | 4,120,000.00 |
| Check | 1/31/2006 | 9154 | Creative Restaurant | dba Chapel Bistro ACH Per Barry | Due To Stokes | 1Point General AmSouth | 5,000.00 | | 4,115,000.00 |
| Deposit | 1/31/2006 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 25,000.00 | 4,140,000.00 |
| Deposit | 2/1/2006 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 90,000.00 | 4,230,000.00 |
| Deposit | 2/1/2006 | | Deposit | Deposit | Due To Stokes | 1Point General AmSouth | | 80,000.00 | 4,310,000.00 |
| Check | 2/6/2006 | | Bank Debit | wire transfer | Due To Stokes | 1Point General AmSouth | 20,000.00 | | 4,290,000.00 |
| Deposit | 2/9/2006 | | wire transfer | Deposit | Due To Stokes | 1Point General AmSouth | | 80,000.00 | 4,370,000.00 |
| Deposit | 2/10/2006 | | wire transfer | Deposit | Due To Stokes | 1Point General AmSouth | | 100,000.00 | 4,470,000.00 |
| Check | 2/10/2006 | | Bank Debit | transfer per Barry | Due To Stokes | 1Point General AmSouth | 35,000.00 | | 4,435,000.00 |
| Check | 2/14/2006 | 9154 | 1Point FSA | | Due To Stokes | Checking 1Point General 6498 | 10,232.66 | | 4,424,767.34 |
| Check | 2/16/2006 | 8812 | Barry Stokes | | Due To Stokes | 1Point General AmSouth | 20,000.00 | | 4,404,767.34 |
| Deposit | 2/16/2006 | 8980 | 1Point General Account / Fifth Third | Deposit | Due To Stokes | 1Point General AmSouth | | 25,000.00 | 4,429,767.34 |
| Check | 2/20/2006 | 8977 | 1point HSA | HSA | Due To Stokes | Checking 1Point General 6498 | 10,000.00 | | 4,419,767.34 |
| Deposit | 2/20/2006 | 1330 | 1Point 401 K | 401k | Due To Stokes | Checking 1Point General 6498 | | 40,000.00 | 4,459,767.34 |
| Deposit | 2/20/2006 | 8977 | 1Point 401 K | 401K | Due To Stokes | Checking 1Point General 6498 | | 10,000.00 | 4,469,767.34 |
| Deposit | 2/21/2006 | 4382 | 1Point 401 K | transfer to fsa | Due To Stokes | Checking 1Point General 6498 | | 30,000.00 | 4,499,767.34 |
| Check | 2/23/2006 | 9112 | 1Point FSA | transfer to fsa | Due To Stokes | 1Point General AmSouth | 50,000.00 | | 4,449,767.34 |
| Check | 2/24/2006 | 9113 | Cash | Cashier's Check for Debbie Talbot | Due To Stokes | 1Point General AmSouth | 463.43 | | 4,449,303.91 |
| Deposit | 2/27/2006 | | Deposit | Deposit | Due To Stokes | Checking 1Point General 6498 | | 65,000.00 | 4,514,303.91 |
| Deposit | 3/1/2006 | | | unknown deposit | Due To Stokes | Checking 1Point General 6498 | | 50,000.00 | 4,564,303.91 |
| Deposit | 3/2/2006 | 8981 | 1Point FSA | transfer per barry | Due To Stokes | Checking 1Point General 6498 | | 50,000.00 | 4,614,303.91 |
| Deposit | 3/2/2006 | | 1point HSA | transfer per barry | Due To Stokes | Checking 1Point General 6498 | | 48,000.00 | 4,662,303.91 |
| Check | 3/7/2006 | 8979 | 1Point FSA | funds transfer to 5th 3rd | Due To Stokes | 1Point General AmSouth | 30,000.00 | | 4,632,303.91 |
| Check | 3/7/2006 | 9143 | 1Point FSA | funds transfer to 1Point fsa | Due To Stokes | 1Point General AmSouth | 38,000.00 | | 4,594,303.91 |
| Check | 3/8/2006 | 8980 | 1Point General Account / Fifth Third | funds transfer | Due To Stokes | Checking 1Point General 6498 | 30,000.00 | | 4,564,303.91 |
| General Journal | 3/8/2006 | R/I | | return deposited item | Due To Stokes | 1Point General AmSouth | 50,000.00 | | 4,514,303.91 |
| General Journal | 3/9/2006 | R/I | | deposit item returned | Due To Stokes | 1Point General AmSouth | 7,500.00 | | 4,506,803.91 |
| Check | 3/9/2006 | 8981 | 1Point General Account / Fifth Third | fund transfer per barry | Due To Stokes | 1Point General AmSouth | 4,000.00 | | 4,502,803.91 |
| Deposit | 3/9/2006 | 1515 | Hamilton Co. Dept. of Edu. Fsa $3 | transfer | Due To Stokes | Checking 1Point General 6498 | | 25,000.00 | 4,527,803.91 |
| Deposit | 3/9/2006 | 4384 | 1Point 401 K | transfer | Due To Stokes | Checking 1Point General 6498 | | 2,500.00 | 4,530,303.91 |
| Deposit | 3/9/2006 | 1334 | Memphis Light Gas and Water | transfer | Due To Stokes | Checking 1Point General 6498 | | 7,500.00 | 4,537,803.91 |
| Deposit | 3/9/2006 | | State of Louisana Fsa $2.50 | transfer | Due To Stokes | Checking 1Point General 6498 | | 5,000.00 | 4,542,803.91 |
| Deposit | 3/9/2006 | | 1Point General Account | transfer | Due To Stokes | Checking 1Point General 6498 | | 4,000.00 | 4,546,803.91 |
| Deposit | 3/13/2006 | | unknown wire | incoming wire | Due To Stokes | Checking 1Point General 6498 | | 40,000.00 | 4,586,803.91 |
| Deposit | 3/13/2006 | | unknown wire | incoming wire | Due To Stokes | Checking 1Point General 6498 | | 30,000.00 | 4,616,803.91 |
| Check | 3/13/2006 | ach | Cobra Acct | transfer | Due To Stokes | Checking 1Point General 6498 | 3,900.00 | | 4,612,903.91 |
| Check | 3/13/2006 | ach | transfer | transfer | Due To Stokes | Checking 1Point General 6498 | 770.00 | | 4,612,133.91 |
| Check | 3/13/2006 | ach | transfer | transfer | Due To Stokes | Checking 1Point General 6498 | 211.00 | | 4,611,922.91 |
| Check | 3/13/2006 | ach | transfer | transfer | Due To Stokes | Checking 1Point General 6498 | 435.00 | | 4,611,487.91 |
| Check | 3/14/2006 | ach | transfer | transfer | Due To Stokes | Checking 1Point General 6498 | 2,550.00 | | 4,608,937.91 |
| Check | 3/14/2006 | ach | transfer | transfer | Due To Stokes | Checking 1Point General 6498 | 3,730.00 | | 4,605,207.91 |
| Deposit | 3/15/2006 | | 1point HSA | transfer from am-south | Due To Stokes | Checking 1Point General 6498 | | 10,000.00 | 4,615,207.91 |
| Deposit | 3/16/2006 | | 1Point 401 K | transfer | Due To Stokes | Checking 1Point General 6498 | | 6,370.38 | 4,621,578.29 |

Exhibit 2

# 1Point General
## Custom Transaction Detail Report
### January 1, 2005 through September 21, 2006

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Deposit | 3/17/2006 | | 1Point 401 K | transfer from 401K | Due To Stokes | Checking 1Point General 6498 | | 14,201.56 | 4,635,779.85 |
| Deposit | 3/17/2006 | | 1point HSA | transfer from HSA | Due To Stokes | Checking 1Point General 6498 | | 18,951.89 | 4,654,731.74 |
| Check | 3/21/2006 | ach | Cobra Acct | | Due To Stokes | Checking 1Point General 6498 | 2,500.00 | | 4,652,231.74 |
| Check | 3/21/2006 | ach | 1Point 401 K | | Due To Stokes | Checking 1Point General 6498 | 18,000.00 | | 4,634,231.74 |
| General Journal | 3/21/2006 | r/c | | beginning balance changed | Due To Stokes | Checking 1Point General 6498 | | 5.00 | 4,634,236.74 |
| General Journal | 3/23/2006 | Tra... | | transfer to 22.28 | Due To Stokes | Checking 1Point General 6498 | 22.28 | | 4,634,214.46 |
| Deposit | 3/27/2006 | | 1Point 401 K | transfer from 401-k | Due To Stokes | 1Point General AmSouth | | 14,432.77 | 4,648,647.23 |
| Deposit | 3/27/2006 | | 1point HSA | transfer from 1Point hsa | Due To Stokes | 1Point General AmSouth | | 11,273.88 | 4,659,921.11 |
| Deposit | 3/27/2006 | | 1Point FSA | transfer from 1point fsa | Due To Stokes | 1Point General AmSouth | | 53,441.54 | 4,713,362.65 |
| Deposit | 3/27/2006 | | 1Point FSA | Deposit | Due To Stokes | 1Point General AmSouth | | 563.21 | 4,713,925.86 |
| Check | 3/27/2006 | ach | 1Point FSA | | Due To Stokes | 1Point General AmSouth | | | 4,713,925.86 |
| Check | 3/31/2006 | Tra... | 1point Cobra | | Due To Stokes | Checking 1Point General 6498 | 2,000.00 | | 4,711,925.86 |
| General Journal | 4/3/2006 | R/C | | returned checks | Due To Stokes | Checking 1Point General 6498 | 5,000.00 | | 4,706,925.86 |
| General Journal | 4/10/2006 | R/C | | returned checks cleared 8987,8893,8856,8826 | Due To Stokes | 1Point General AmSouth | | 34,208.11 | 4,741,133.97 |
| Check | 4/12/2006 | ACH | 1Point FSA | | Due To Stokes | Checking 1Point General 6498 | 4,196.96 | | 4,736,937.01 |
| Check | 4/12/2006 | ach | 1Point FSA | | Due To Stokes | Checking 1Point General 6498 | 4,500.00 | | 4,732,437.01 |
| Check | 4/12/2006 | | 1Point FSA | | Due To Stokes | Checking 1Point General 6498 | 1,200.00 | | 4,731,237.01 |
| Deposit | 4/14/2006 | | 1Point FSA | Deposit | Due To Stokes | 1Point General AmSouth | | 41,063.89 | 4,772,300.90 |
| Deposit | 4/14/2006 | | 1Point FSA | Deposit | Due To Stokes | 1Point General AmSouth | | 5,000.00 | 4,777,300.90 |
| General Journal | 4/17/2006 | cle... | | Deposit | Due To Stokes | 1Point General AmSouth | | 15,000.00 | 4,792,300.90 |
| General Journal | 4/17/2006 | acc... | | fees deposited into other accts. that need to be cleared | Due To Stokes | 1Point General AmSouth | 107,734.40 | | 4,684,566.50 |
| Deposit | 4/17/2006 | | 1Point 401 K | account correction | Due To Stokes | 1Point General AmSouth | | 1,105.18 | 4,685,671.68 |
| Deposit | 4/17/2006 | | 1point HSA | Deposit | Due To Stokes | 1Point General AmSouth | | 6,100.95 | 4,691,772.63 |
| Deposit | 4/17/2006 | | 1Point FSA | Deposit | Due To Stokes | 1Point General AmSouth | | 29,569.45 | 4,721,342.08 |
| Deposit | 4/17/2006 | | 1Point FSA | Deposit | Due To Stokes | 1Point General AmSouth | | 63,066.54 | 4,784,408.62 |
| Deposit | 4/17/2006 | | | Deposit | Due To Stokes | 1Point General AmSouth | | 10,269.00 | 4,794,677.62 |
| Deposit | 4/18/2006 | | 1Point FSA | Deposit | Due To Stokes | 1Point General AmSouth | | 35,000.00 | 4,829,677.62 |
| General Journal | 4/18/2006 | acc... | account correction | account correction | Due To Stokes | 1Point General AmSouth | 335.00 | | 4,829,342.62 |
| General Journal | 4/18/2006 | | | to fix overpayment that did not occur | Due To Stokes | 1Point General AmSouth | | 1,220.00 | 4,830,562.62 |
| Deposit | 4/18/2006 | | 1Point FSA | Deposit | Due To Stokes | Checking 1Point General 6498 | | 24,000.00 | 4,854,562.62 |
| Deposit | 4/18/2006 | | 1Point FSA | Deposit | Due To Stokes | Checking 1Point General 6498 | | 17,660.43 | 4,872,223.05 |
| Check | 4/20/2006 | ach | 1Point FSA | Deposit | Due To Stokes | Checking 1Point General 6498 | | 7,261.26 | 4,879,484.31 |
| General Journal | 4/20/2006 | recon | | clearing deposits for fees that have been paid but money not put in acct | Due To Stokes | Checking 1Point General 6498 | 15,000.00 | | 4,864,484.31 |
| General Journal | 4/24/2006 | r/c | | kroger redeposit check | Due To Stokes | 1Point General AmSouth | 37,690.05 | | 4,826,794.26 |
| Check | 4/24/2006 | ach | | | Due To Stokes | 1Point General AmSouth | 87.69 | | 4,826,706.57 |
| Deposit | 5/1/2006 | | 1Point FSA | Deposit | Due To Stokes | Checking 1Point General 6498 | 1,400.00 | | 4,825,306.57 |
| Deposit | 5/1/2006 | | 1Point FSA | Deposit | Due To Stokes | 1Point General AmSouth | | 57,676.87 | 4,882,983.44 |
| Deposit | 5/1/2006 | | 1point HSA | Deposit | Due To Stokes | 1Point General AmSouth | | 30,307.81 | 4,913,291.25 |
| Deposit | 5/1/2006 | | 1Point 401 K | Deposit | Due To Stokes | 1Point General AmSouth | | 485.45 | 4,913,776.70 |
| Deposit | 5/5/2006 | | 1Point FSA | Deposit | Due To Stokes | 1Point General AmSouth | | 25,000.00 | 4,938,776.70 |
| Deposit | 5/8/2006 | | transfer | Deposit | Due To Stokes | 1Point General AmSouth | | 10,000.00 | 4,948,776.70 |
| Deposit | 5/11/2006 | | transfer | Deposit | Due To Stokes | 1Point General AmSouth | | 5,000.00 | 4,953,776.70 |
| Deposit | 5/11/2006 | | transfer | Deposit | Due To Stokes | 1Point General AmSouth | | 30,000.00 | 4,983,776.70 |
| Deposit | 5/12/2006 | | transfer | Deposit | Due To Stokes | 1Point General AmSouth | | 35,000.00 | 5,018,776.70 |
| Check | 5/18/2006 | ach | 1Point -6094 Account | Deposit | Due To Stokes | 1Point General AmSouth | | 25,000.00 | 5,043,776.70 |
| Deposit | 5/23/2006 | | 1Point FSA | | Due To Stokes | 1Point General AmSouth | 5,580.00 | | 5,038,196.70 |
| Deposit | 5/30/2006 | | 1Point FSA | Deposit | Due To Stokes | 1Point General AmSouth | | 45,000.00 | 5,083,196.70 |
| Deposit | 5/30/2006 | | 1point HSA | Deposit | Due To Stokes | 1Point General AmSouth | | 20,000.00 | 5,103,196.70 |
| Deposit | 5/31/2006 | | 1Point 401 K | Deposit | Due To Stokes | 1Point General AmSouth | | 40,000.00 | 5,143,196.70 |
| Deposit | 5/31/2006 | | 1Point FSA | Deposit | Due To Stokes | 1Point General AmSouth | | 30,000.00 | 5,173,196.70 |
| Deposit | 6/2/2006 | | 1Point FSA | Deposit | Due To Stokes | 1Point General AmSouth | | 20,000.00 | 5,193,196.70 |
| Deposit | 6/7/2006 | | paychexsecurity | Deposit | Due To Stokes | 1Point General AmSouth | | 10,000.00 | 5,203,196.70 |
| Deposit | 6/12/2006 | | 1Point FSA | Deposit | Due To Stokes | 1Point General AmSouth | | 853.43 | 5,204,050.13 |
| Deposit | 6/13/2006 | | 1Point FSA | Deposit | Due To Stokes | 1Point General AmSouth | | 10,000.00 | 5,214,050.13 |
| Deposit | 6/13/2006 | | 1Point FSA | Deposit | Due To Stokes | 1Point General AmSouth | | 10,000.00 | 5,224,050.13 |
| Deposit | 6/15/2006 | | 1Point FSA | Deposit | Due To Stokes | 1Point General AmSouth | | 35,000.00 | 5,259,050.13 |
| Deposit | 6/15/2006 | | 1Point FSA | Deposit | Due To Stokes | 1Point General AmSouth | | 79,626.91 | 5,338,677.04 |
| Deposit | 6/15/2006 | | 1Point FSA | Deposit | Due To Stokes | 1Point General AmSouth | | 15,000.00 | 5,353,677.04 |
| Deposit | 6/16/2006 | | account correction | Deposit | Due To Stokes | 1Point General AmSouth | | 35,000.00 | 5,388,677.04 |
| Deposit | 6/20/2006 | | transfer | Deposit | Due To Stokes | 1Point General AmSouth | | 30.00 | 5,388,707.04 |
| Deposit | 6/23/2006 | | transfer | | Due To Stokes | 1Point General AmSouth | | 20,000.00 | 5,408,707.04 |
| Deposit | 6/28/2006 | | 1Point FSA | | Due To Stokes | 1Point General AmSouth | | 13,000.00 | 5,421,707.04 |
| Deposit | 6/28/2006 | ach | transfer | | Due To Stokes | 1Point General AmSouth | | 39,008.05 | 5,460,715.09 |
| Deposit | 6/29/2006 | | transfer | Louisiana | Due To Stokes | 1Point General AmSouth | 25,000.00 | 1,000.00 | 5,436,715.09 |
| Deposit | 6/29/2006 | | transfer | 401K | Due To Stokes | 1Point General AmSouth | | 2,500.00 | 5,439,215.09 |

Exhibit 2

Case 3:06-bk-05400   Doc 60   Filed 10/10
Document

# 1Point General
## Custom Transaction Detail Report
### January 1, 2005 through September 21, 2006

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Deposit | 6/29/2006 | transfer | | Dental | Due To Stokes | 1Point General AmSouth | | 5,000.00 | 5,444,215.09 |
| Deposit | 6/29/2006 | transfer | | FSA 5/3 | Due To Stokes | 1Point General AmSouth | | 17,000.00 | 5,461,215.09 |
| Deposit | 6/29/2006 | transfer | | Deposit | Due To Stokes | 1Point General AmSouth | | 100,000.00 | 5,561,215.09 |
| Deposit | 6/29/2006 | | account correction | Goodsell & Company check | Due To Stokes | 1Point General AmSouth | | 75.00 | 5,561,290.09 |
| Deposit | 6/29/2006 | transfer | | Deposit | Due To Stokes | 1Point General AmSouth | | 5,000.00 | 5,566,290.09 |
| Deposit | 6/29/2006 | transfer | | Deposit | Due To Stokes | 1Point General AmSouth | | 7,000.00 | 5,573,290.09 |
| Deposit | 6/29/2006 | | Paychex RCX Payroll | Deposit | Due To Stokes | 1Point General AmSouth | | 10,000.00 | 5,583,290.09 |
| Deposit | 6/29/2006 | | paychex Tps Taxes | Deposit | Due To Stokes | 1Point General AmSouth | | 1,226.21 | 5,584,516.30 |
| Check | 6/30/2006 | ach | transfer | | Due To Stokes | 1Point General AmSouth | | 484.63 | 5,585,000.93 |
| Check | 7/6/2006 | ach | transfer | KCMO | Due To Stokes | 1Point General AmSouth | 24,500.00 | | 5,560,500.93 |
| Deposit | 7/13/2006 | | transfer | | Due To Stokes | 1Point General AmSouth | 15,000.00 | | 5,545,500.93 |
| Deposit | 7/14/2006 | | transfer | Deposit | Due To Stokes | 1Point General AmSouth | | 70,000.00 | 5,615,500.93 |
| Deposit | 7/24/2006 | | transfer | Deposit | Due To Stokes | 1Point General AmSouth | | 20,000.00 | 5,635,500.93 |
| Check | 8/23/2006 | 9550 | Cash Withdrawal | Deposit | Due To Stokes | 1Point General AmSouth | | 15,000.00 | 5,650,500.93 |
| General Journal | 8/23/2006 | recon | | Cash withdrawal per Barry Stokes | Due To Stokes | 1Point General AmSouth | 6,000.00 | | 5,644,500.93 |
| Check | 9/6/2006 | 9697 | Barry Stokes | Transfer from HSA to Barry Personal (draw) | Due To Stokes | Due from Omnibus/Funding | 3,000.00 | | 5,641,500.93 |
| Check | 9/6/2006 | 9698 | Barry Stokes | | Due To Stokes | 1Point General AmSouth | 9,882.65 | | 5,631,618.28 |
| | | | | | Due To Stokes | 1Point General AmSouth | 9,789.75 | | 5,621,828.53 |
| Jan 1, '05 - Sep 21, 06 | | | | | | | 700,368.41 | 6,322,196.94 | 5,621,828.53 |

Exhibit 2

Case 3:06-bk-05400   Doc 60   Filed 10/10
Document



11:01 AM
10/05/06
Accrual Basis

# 1Point General
## Balance Sheet
### As of September 21, 2006

|  | Sep 21, 06 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1Point General AmSouth | 103,500.98 |
| Petty Cash | 516.89 |
| **Total Checking/Savings** | 104,017.87 |
| **Accounts Receivable** | |
| Accounts Receivable | 182,395.50 |
| **Total Accounts Receivable** | 182,395.50 |
| **Other Current Assets** | |
| Due from Omnibus/Funding | -676,634.09 |
| **Total Other Current Assets** | -676,634.09 |
| **Total Current Assets** | -390,220.72 |
| **Fixed Assets** | |
| Building Improvements | 39,412.96 |
| **Fixed Assets** | |
| Const In Prog - End of Bldg | 285,517.95 |
| F/A - Computer Equipment | 18,361.28 |
| F/A - Equipment | 272,171.86 |
| F/A - Furniture & Fixtures | 33,606.68 |
| F/A Leashold Improvements | 39,798.87 |
| Fixed Assets - Other | 76.95 |
| **Total Fixed Assets** | 649,533.59 |
| **Total Fixed Assets** | 688,946.55 |
| **TOTAL ASSETS** | 298,725.83 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 79,355.14 |
| **Total Accounts Payable** | 79,355.14 |
| **Other Current Liabilities** | |
| Amsouth LOC Loan | 250,000.00 |
| Deposited Funds | 236,130.71 |
| Due To Stokes | 5,621,828.53 |
| Employee 401k Holding | 46,826.37 |
| **Total Other Current Liabilities** | 6,154,785.61 |
| **Total Current Liabilities** | 6,234,140.75 |
| **Total Liabilities** | 6,234,140.75 |
| **Equity** | |
| Opening Bal Equity | 16,564.08 |
| Owners Draw | -119,206.57 |
| Retained Earnings | -3,747,177.88 |
| Net Income | -2,085,594.55 |
| **Total Equity** | -5,935,414.92 |
| **TOTAL LIABILITIES & EQUITY** | 298,725.83 |

# Exhibit 3